UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **HORACE BILLIOT** | **CIVIL DOCKET NO. 1:21-CV-00102** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DONNIE BORDELON, ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION [Doc.68] of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record and noting the absence of objections to the REPORT AND RECOMMENDATION filed, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' MOTION TO DISMISS [Doc. 36] is GRANTED and Billiot's action for damages and for declaratory and injunctive relief against Millus, Johnson, Meyers, Slay, Longino, Bordelon, and Thompson is DISMISSED WITH PREJUDICE.

IT IS ORDERED that Secretary Leblanc's MOTION TO DISMISS [DOC. 45] is GRANTED and Billiot's action for damages and for declaratory and injunctive relief be DISMISSED WITH PREJUDICE.

IT IS ORDERED that Billiot's MOTIONS FOR CLASS CERTIFICATION AND APPOINTMENT OF COUNSEL [Docs. 40, 59] are DENIED AS MOOT.

THUS, DONE AND SIGNED in Chambers on this 14th day of September 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE