# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

December 08, 2022

Mr. Tony R. Moore
Western District of Louisiana, Alexandria
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 22-30736   Billiot v. Bordelon
                      USDC No. 1:21-CV-102

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

cc w/encl:
    Mr. Horace Billiot
    Ms. Victoria Reed Murry

# United States Court of Appeals
# for the Fifth Circuit

No. 22-30736

United States Court of Appeals
Fifth Circuit
**FILED**
December 8, 2022

Lyle W. Cayce
Clerk

Horace Billiot,

*Plaintiff—Appellant*,

versus

Donnie Bordelon; Rodney Slay; Brent Thompson; Samuel Johnson; James Longino; Wayne Millus; James LeBlanc; Markus Myers,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:21-CV-102

_____

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of December 08, 2022, pursuant to appellant's motion.

No. 22-30736

                    LYLE W. CAYCE
                    Clerk of the United States Court
                    of Appeals for the Fifth Circuit

By: _____
      Monica R. Washington, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Dec 08, 2022**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

2